SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
LAMAR MYERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>                Plaintiff,<br><br>       vs.<br><br>RUBEN VALLEJO-GUTIERREZ D/B/A BEST MATTRESS FOR LESS; THANG QUANG PHAM; and DOES 1 to 10,<br><br>                Defendants. | **Case No.: 2:25-cv-08942-PA- (BFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RUBEN VALLEJO-GUTIERREZ D/B/A BEST MATTRESS FOR LESS; THANG QUANG PHAM** |

**PLEASE TAKE NOTICE** that Plaintiff LAMAR MYERS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant RUBEN VALLEJO-GUTIERREZ D/B/A BEST MATTRESS FOR LESS; THANG QUANG PHAM ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  December 18, 2025             SO. CAL. EQUAL ACCESS GROUP


                                     By:    /s/   Jason J. Kim
                                            Jason J. Kim
                                            Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**